IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF          No. 2:08-MJ-557
                                                          MAG. JUDGE ABEL
Accounts with Friend ID: 93579571,
85626128, 357775909, and 137179725

## ORDER TO UNSEAL

The Government having moved to unseal certain documents and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be unsealed.


                                             ***s/ MARK R. ABEL***
                                             UNITED STATES MAGISTRATE JUDGE

_____
DATE